UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERRELL THOMAS,

                Plaintiff,

    -against-

USW VENTURES, LLC,

                Defendant.

24-cv-9824 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the plaintiff had until March 19, 2025, 90 days from filing the complaint, to serve the summons and complaint on the defendant. Fed. R. Civ. P. 4(m).

    On March 20, 2025, the plaintiff submitted a stipulation of voluntary dismissal against the former defendant Pret A Manger (USA) Ltd., ECF No. 6, which the Court endorsed on March 22, 2025. ECF No. 7.

    To date, however, the plaintiff has not served the summons and complaint on the defendant USW Ventures, LLC. The time to serve USW Ventures, LLC, is extended until **April 7, 2025**. If service on USW Ventures, LLC is not made by that date, this case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: New York, New York
      March 24, 2025

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                               United States District Judge