UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TERRELL THOMAS,
                      Plaintiff(s)

                                                                                  24 civ 9824 (JGK)

      -against-

USW VENTURES, LLC., et al.,
                      Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, April 15, 2025, at 3:00pm is canceled.

**SO ORDERED.**

                                                                                                       **JOHN G. KOELTL**
                                                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         April 8, 2025