```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

TERRELL THOMAS,

             Plaintiff,

   - against -

USW VENTURES, LLC, ET AL.,

            Defendants.

------------------------------------------------

24-cv-9824 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 11, 2025.

SO ORDERED.

Dated:   New York, New York
          May 28, 2025

                                  /s/ John G. Koeltl
                              John G. Koeltl
                      United States District Judge